IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| BRENDA VALLEJO, individually, as § <br> Next friend of PHILLIP MICHAEL VALLEJO § <br> JR., and GIANNA BRIELLE VALLEJO § <br> As Representative of the Estate of PHILLIP § <br> VALLEJO and REBECCA VALLEJO § <br> § <br> Plaintiffs § <br> § <br> Vs. § <br> § <br> CITY OF FORT WORTH, CITY OF FORT § <br> WORTH BY AND THROUGH THE FORT § <br> WORTH POLICE DEPARTMENT, § <br> SGT. M.J. OJOS as an agent of § <br> FORT WORTH POLICE DEPARTMENT § <br> and individually, OJOS LOCOS § <br> SPORTS CANTINA, LLC, OJOS LOCOS § <br> SPORTS CANTINA MANAGEMENT, LLC § <br> OJOS LOCOS SPORT CANTINA DOS, LLC, § <br> and OJOS LOCOS HOLDINGS, LLC § <br> § <br> Defendants § | CIVIL ACTION NO. 4:15-cv-00749-A |

**STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs file this stipulation of dismissal and would show unto the Court as follows:

1.  Plaintiffs are Brenda Vallejo, individually, and as next friend of two minors, P.M.V. and G.B.V., and as a Representative of the Estate of Phillip Vallejo; and Rebecca Vallejo. Defendants are City of Fort Worth, Fort Worth Police Department, Sgt. M.J. Ochsendorf, Ojos Locos Sports Cantina, LLC, Ojos Locos Sports Cantina Management, LLC, Ojos Locos Sport Cantina Dos, LLC and Ojos Locos Holdings, LLC.

2.  All Plaintiffs to this action move to dismiss this action, including all claims against defendants City of Fort Worth, City of Fort Worth by and through City of Fort Worth Police Department, Sgt. M.J. Ochsendorf **without** prejudice. This stipulation is being filed at the request of Plaintiffs, and no settlement of any claims or payment of any consideration has been made by or to any party. No party by this stipulation of dismissal makes any admissions or representations about their own claims or defenses or about those of any other party hereto.

3. Defendant City of Fort Worth and City of Fort Worth by and through City of Fort Worth Police Department agrees to the dismissal.

4. Defendant M.J. Ochsendorf agrees to the dismissal

5. Plaintiffs have issued a notice of voluntary dismissal without prejudice as to Defendants Ojos Locos Sports Cantina, LLC, Ojos Locos Sports Cantina Management, LLC, Ojos Locos Sport Cantina Dos, LLC and Ojos Locos Holdings, LLC .

6. This case is not a class action.

7. No receiver or guardian has been appointed herein.

8. No defendant has filed or asserts a counterclaim.

9. The parties agree that each party will bear its own costs and attorneys' fees.

10. The dismissal is **without** prejudice to plaintiffs' refiling.

Respectfully submitted,

Nicole E. Henning

**NICOLE E. HENNING**
Texas State Bar No. 24013054
**G. JAMES MARTINEZ**
Texas State Bar No. 24089444

THE HENNING FIRM
435 W. Nakoma, Suite 101
San Antonio, TX 78216
210-563-7828 (Telephone)
210-563-7829 (Facsimile)
Email: nicole@henningfirm.com
Email: james@henningfirm.com

**WILLIAM D. TAYLOR**
State Bar No. 24046954
TAYLOR & TAYLOR, PC
4115 Highgrove Drive
Arlington, Texas 76001
817-483-8388 (Telephone)
817-483-8390 (Facsimile)
Email: wtaylor@taylorandtaylorlaw.com
**ATTORNEYS FOR PLAINTIFFS**

<table>
<tr><td>

/s/ Kenneth E. East
Kenneth E. East
State Bar No. 00790622
Foster & East
9001 Airport Freeway, Ste. 675
North Richland Hills, Texas 76180
T: 817-788-1111
F: 817-485-2836
ken@fostereast.com

**ATTORNEYS FOR DEFENDANT**

</td><td>

/s/ Laetitia Coleman Brown
Laetitia Coleman Brown
State Bar No. 00792417
City of Fort Worth
1000 Throckmorton Street
Fort Worth, Texas 76102
T: 817-392-6639
F: 817-392-8359
Laetitia.brown@fortworthtexas.gov

**ATTORNEYS FOR DEFENDANTS**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument will be served on all registered counsel of record on the date of entry on the Court's docket.

_____
Nicole E. Henning